| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER (303) 279-8300 | FOR COURT USE ONLY |
|---|---|---|
| Evans & McFarland, LLC<br>910 13th St Ste 200<br>Golden CO 80401<br>ATTORNEY FOR  Plaintiff | | |
| COLORADO DISTRICT, DENVER<br>Alfred A. Arraj US Courthouse, 901 19th Street<br>Denver, CO 80294 | | |
| SHORT TITLE OF CASE:<br>Pro Massage, Inc. d/b/a Thera Cane Co. v. YKS Tech, Inc. | | |
| DATE:    TIME:    DEP./DIV. | | CASE NUMBER:<br>18cv2336-SKC |
| **Declaration of Service** | | Ref. No. or File No:<br>Thera Cane/JLM |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons; Complaint; Civil Cover Sheet; and Report on the Filing or Determination of an Action or Appeal Regarding a Copyright;**

On: **YKS Tech, Inc.**

I served the summons at:

**14235 Ramona Ave  Chino, CA 91710**

On: **9/17/2018**       Date: **02:50 PM**

In the above mentioned action  by substituted service and leaving with
**YAOTIAN SHEN  -  ASSISTANT MANAGER**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

a. Name: **Jeffery Dunn, Sr.**
b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
c. Telephone number: **909-664-9577**
d. **The fee** for this service was: **150.00**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Jeffery Dunn, Sr.                Date: 09/18/2018

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  )
County of San Bernardino )

On Sept. 18, 2018 before me, Jason G. Thomas, Notary Public,
       Date                    Here Insert Name and Title of the Officer

personally appeared Jeffery Dunn, Sr.
                    Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
           Signature of Notary Public

JASON G. THOMAS
Notary Public - California
San Bernardino County
Commission # 2155504
My Comm. Expires Jun 27, 2020

Place Notary Seal Above

─────────────── OPTIONAL ───────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: Declaration of Service    Document Date: 9-18-2018
Number of Pages: 1    Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee       ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee       ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907