IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02336-SKC

PRO MASSAGE, INC., d/b/a THERA CRANE CO.,
a Colorado corporation,

    Plaintiff.

v.

YKS TECH, INC., a California
general stock corporation.

    Defendant.

---

**ANSWER TO COMPLAINT**

---

Comes now Defendant, YKS Tech, Inc., by counsel, on its own behalf and on behalf of no other, and answers the Complaint, and says and alleges as follows:

**<u>ANSWER</u>**

Answering paragraph by paragraph the averments of the Complaint, Answering Defendant says and alleges as follows:

I.   PARTIES

1. Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of this paragraph of the Complaint, and thereon denies each and every allegation contained this paragraph of the Complaint.

2. Answering Defendant admits the allegations of this paragraph of the Complaint (with the proviso that the principal place of business is Chino, California, rather than Chico, California).

## II.   JURISDICTION AND VENUE

3.   Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of this paragraph of the Complaint, and thereon denies each and every allegation contained this paragraph of the Complaint.

4.   Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of this paragraph of the Complaint, and thereon denies each and every allegation contained this paragraph of the Complaint.

5.   Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of this paragraph of the Complaint, and thereon denies each and every allegation contained this paragraph of the Complaint.

6.   Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of this paragraph of the Complaint, and thereon denies each and every allegation contained this paragraph of the Complaint.

## III.   FACTS

7.   Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of this paragraph of the Complaint, and thereon denies each and every allegation contained this paragraph of the Complaint.

8.   Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of this paragraph of the Complaint, and thereon denies each and every allegation

contained this paragraph of the Complaint.

9. Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of this paragraph of the Complaint, and thereon denies each and every allegation contained this paragraph of the Complaint.

10. Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of this paragraph of the Complaint, and thereon denies each and every allegation contained this paragraph of the Complaint.

11. Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of this paragraph of the Complaint, and thereon denies each and every allegation contained this paragraph of the Complaint.

12. Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of this paragraph of the Complaint, and thereon denies each and every allegation contained this paragraph of the Complaint.

13. Answering Defendant denies that it has sold such products.  Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in this paragraph of the Complaint, and thereon denies each and every remaining allegation contained this paragraph of the Complaint.

14. Answering Defendant denies each and every allegation contained in this paragraph of the Complaint.

IV.   CLAIMS FOR RELIEF

FIRST CLAIM FOR RELIEF
(Unfair Competition in Violation of Lanham Act)

15.   Answering Defendant refers to, and incorporates herein by this reference, the preceding paragraphs of this Answer as if fully set forth herein.

16.   Answering Defendant denies that it has sold such goods. Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in this paragraph of the Complaint, and thereon denies each and every remaining allegation contained this paragraph of the Complaint.

17.   Answering Defendant denies each and every allegation contained in this paragraph of the Complaint.

18.   Answering Defendant denies each and every allegation contained in this paragraph of the Complaint.

19.   Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of this paragraph of the Complaint, and thereon denies each and every allegation contained this paragraph of the Complaint.

20.   Answering Defendant denies each and every allegation contained in this paragraph of the Complaint.

21.   Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of this paragraph of the Complaint, and thereon denies each and every allegation contained this paragraph of the Complaint.

## SECOND CLAIM FOR RELIEF
(Patent Infringement)

22. Answering Defendant refers to, and incorporates herein by this reference, the preceding paragraphs of this Answer as if fully set forth herein.

23. Answering Defendant denies that it offers to sell or sells any such products. Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in this paragraph of the Complaint, and thereon denies each and every remaining allegation contained this paragraph of the Complaint.

24. Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of this paragraph of the Complaint, and thereon denies each and every allegation contained this paragraph of the Complaint.

25. Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of this paragraph of the Complaint, and thereon denies each and every allegation contained this paragraph of the Complaint.

26. Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of this paragraph of the Complaint, and thereon denies each and every allegation contained this paragraph of the Complaint.

27. Answering Defendant denies each and every allegation contained in this paragraph of the Complaint.

## THIRD CLAIM FOR RELIEF

(Copyright Infringement)

28. Answering Defendant refers to, and incorporates herein by this reference, the preceding paragraphs of this Answer as if fully set forth herein. Answering Defendant denies that it reproduced or disbursed any such manuals. Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in this paragraph of the Complaint, and thereon denies each and every remaining allegation contained this paragraph of the Complaint.

29. Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of this paragraph of the Complaint, and thereon denies each and every allegation contained this paragraph of the Complaint.

30. Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of this paragraph of the Complaint, and thereon denies each and every allegation contained this paragraph of the Complaint.

31. Answering Defendant denies that it has copied any such materials. Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in this paragraph of the Complaint, and thereon denies each and every remaining allegation contained this paragraph of the Complaint.

32. Answering Defendant denies that it has infringed any copyright. Answering Defendant lacks knowledge or information

sufficient to form a belief about the truth of the remaining allegations contained in this paragraph of the Complaint, and thereon denies each and every remaining allegation contained this paragraph of the Complaint.

33. Answering Defendant denies that it has infringed any copyright. Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in this paragraph of the Complaint, and thereon denies each and every remaining allegation contained this paragraph of the Complaint.

34. Answering Defendant denies each and every allegation contained in this paragraph of the Complaint.

## FOURTH CLAIM FOR RELIEF
(Deceptive Trade Practices in Violation of C.R.S. § 6-1-101. *et seq*.)

35. Answering Defendant refers to, and incorporates herein by this reference, the preceding paragraphs of this Answer as if fully set forth herein.

36. Answering Defendant denies each and every allegation contained in this paragraph of the Complaint.

37. Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of this paragraph of the Complaint, and thereon denies each and every allegation contained this paragraph of the Complaint.

38. Answering Defendant denies each and every allegation contained in this paragraph of the Complaint.

39. Answering Defendant denies each and every allegation contained in this paragraph of the Complaint.

40. Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of this paragraph of the Complaint, and thereon denies each and every allegation contained this paragraph of the Complaint.

41. Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of this paragraph of the Complaint, and thereon denies each and every allegation contained this paragraph of the Complaint.

V.   PRAYER FOR RELIEF

42. Answering Defendant refers to, and incorporates herein by this reference, the preceding paragraphs of this Answer as if fully set forth herein.

43. Answering Defendant denies each and every allegation contained in this paragraph of the Complaint.

44. Answering Defendant denies each and every allegation contained in this paragraph of the Complaint.

45. Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of this paragraph of the Complaint, and thereon denies each and every allegation contained this paragraph of the Complaint.

46. Answering Defendant denies that it has engaged in wrongful conduct.  Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of the

remaining allegations contained in this paragraph of the Complaint, and thereon denies each and every remaining allegation contained this paragraph of the Complaint.

47. Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of this paragraph of the Complaint, and thereon denies each and every allegation contained this paragraph of the Complaint.

48. Answering Defendant denies that it has engaged in wrongful use. Answering Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in this paragraph of the Complaint, and thereon denies each and every remaining allegation contained this paragraph of the Complaint.

## **AFFIRMATIVE DEFENSES**

As additional and affirmative defenses to the Complaint, Answering Defendant says and alleges as follows:

1. The complaint fails to state a claim upon which relief can be granted.

2. The complaint is uncertain

3. The alleged trademarks, copyrights, and patents are invalid for failure to comply with the conditions and requirements for trademarkability, copyrightability, and patentability, respectively.

4. Plaintiff has engaged in intellectual property misuse in attempted exclusion of parties from the marketplace, coupled by

the fact that Plaintiff knows that there is no such infringement.

    5.   Plaintiff's claims are barred by the doctrine of laches.

    6.   Plaintiff's claims are barred by the doctrine of estoppel.

    7.   Plaintiff's claims are barred by the doctrine of unclean hands.

    8.   Plaintiff has ailed to mitigate their damages.

## **DEMAND FOR JURY TRIAL**

Answering Defendant demands trial by jury of all issues so triable.

Respectfully submitted,

s/ Vincent Y. Lin
**Vincent Y. Lin**
LAW OFFICES OF VINCENT Y. LIN
17700 Castleton Street, Suite 263
City of Industry, CA 91748
Tel: (626) 935-0929
Fax: (626) 935-0380
E-mail:  yvl@vincentlinlaw.com

Attorney for Defendant
YKS Tech, Inc.